

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00473-CV

**ARC PARKLANE, INC. D/B/A PARKLANE WEST HEALTHCARE CENTER**,
Appellant

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We **order** that appellees Belen Betts, Individually and as Executrix of the Estate of Delbert Betts, Deceased, Shirle Betts, and Dana Gibson, recover their costs of this appeal from appellant ARC Parklane, Inc. d/b/a Parklane West Healthcare Center.

SIGNED November 25, 2015.

_____
Luz Elena D. Chapa, Justice